UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                Case Number: 11-41828 GMB

Debtor: Christopher F. & Eileen B. Miller

| Check Number | Creditor | Amount |
|---|---|---|
| 1854928 | PHH Mortgage Corporation | 4415.50 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  August 11, 2014